**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SABRINA BURCH, individually and on
behalf of all others similarly situated,
        Plaintiff,
v.                                                                                  Case No.:  3:20-cv-356-J-34PDB
TRUEACCORD CORP., et al.,
        Defendants.
_____

**NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05**
**AND GUIDELINES FOR FILING OF CASE MANAGEMENT REPORT**

      TAKE NOTICE, that in accordance with Local Rule 3.05, this action is designated as a <u>TRACK THREE</u> CASE. **The filing party (that is, the party that instituted suit in this Court) is responsible for serving a copy of this Notice and its attachments upon all other parties.** Pursuant to Local Rule 3.05, the parties should conduct a case management conference (either in person or by telephone) no later than 60 days after service or appearance of any defendant. **The Case Management Report should be filed within 14 days of the case management conference.** Counsel for all parties share the obligation to timely comply with the requirements of Local Rule 3.05, and are reminded that they must do so despite the pendency of any undecided motions.

      In preparing the Case Management Report, the parties should be aware that the Court anticipates that in most Track Three cases, the dispositive motion deadline will be set 30 days after the close of discovery and that the final pretrial conference will be set 120 days after the dispositive motion deadline.  All parties must send courtesy copies to chambers of all filings that exceed 25 pages, inclusive of exhibits, regardless of whether the filing is done electronically or in paper.  Civil cases generally will be placed on a trial calendar beginning one month after the final pretrial conference.  This schedule is subject to modification depending upon the needs of the case at the preliminary pretrial conference required in all Track Three cases.  The Court will set the preliminary pretrial conference following receipt of the Case Management Report.

Date:  April 10, 2020

| | |
|---|---|
| Copies: Counsel of Record; Pro Se Parties | ELIZABETH M. WARREN, CLERK |
| Attachments: Case Management Report form | By:  __s/ J.W._____ |
|       A085 Consent form |       Deputy Clerk |